# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 1 MAL 2015
:
               Respondent :
                         : Petition for Allowance of Appeal from the
                         : Order of the Superior Court
        v. :
:
:
:
JOHN CLARKE, :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.